■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BRANDON H. CARTER, Appellant. (Appeal No. 1.) [960 NYS2d 922]— Appeal from a judgment of the Niagara County Court (Sara S. Sperrazza, J.), rendered May 27, 2011. The judgment convicted defendant, upon his plea of guilty, of attempted criminal possession of a controlled substance in the fifth degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed.

Memorandum: Defendant appeals from a judgment convicting him upon his plea of guilty of attempted criminal possession of a controlled substance in the fifth degree (Penal Law §§ 110.00, 220.06 [5]). Contrary to defendant's contention, the record establishes that he knowingly, voluntarily and intelligently waived the right to appeal (*see generally People v Lopez*, 6 NY3d 248, 256 [2006]), and that valid waiver forecloses any challenge by defendant to the severity of the sentence (*see id.* at 255; *see generally People v Lococo*, 92 NY2d 825, 827 [1998]; *People v Hidalgo*, 91 NY2d 733, 737 [1998]). Present—Centra, J.P., Fahey, Carni, Lindley and Whalen, JJ.